IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| AARON CANTU, JAMES MATTOX, and TRACY MOLINA,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF PORTLAND, a municipal corporation, and JOHN DOES 1-20, Portland Police Bureau Officers and Supervisors,<br><br>    Defendants. | Case No. 3:19-cv-01606-SB<br><br>**RULE 502(d) ORDER** |

Pursuant to Rule 502(d) of the Federal Rules of Evidence, it is hereby ordered that:

1. The inadvertent production of privileged or work-product protected documents, electronically stored information ("ESI"), or information is not a waiver of the privilege or work product protection in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2020.

*Stacie F. Beckerman*
_____
STACIE F. BECKERMAN
United States Magistrate Judge

Page 1 – RULE 502(d) ORDER