ROBERT YAMACHIKA, OSB # 065560
Senior Deputy City Attorney
Rob.Yamachika@portlandoregon.gov
MICHAEL J. JETER, OSB # 165413
Assistant Deputy City Attorney
Michael.Jeter@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **AARON CANTU, JAMES MATTOX, and TRACY MOLINA,** | 3:19-cv-1606-SB |
| PLAINTIFFS, | **NOTICE OF SETTLEMENT** |
| v. | |
| **CITY OF PORTLAND, a municipal corporation, and JOHN DOES 1-20, Portland Police Bureau Officers and Supervisors,** | |
| DEFENDANTS. | |

///

///

///

///

///

///

Page  1  –   NOTICE OF SETTLEMENT

Pursuant to ORS 17.095, the City of Portland notifies the Court that this action has been settled pursuant to the terms of a Release and Hold Harmless Agreement, a copy of which is attached hereto as Exhibit 1.

Dated: April 2, 2020

Respectfully submitted,

*s/ Robert Yamachika*
ROBERT YAMACHIKA, OSB # 065560
Senior Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for Defendant City of Portland*