DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **TRACY MOLINA,** | 3:19-cv-1606-SB |
| **PLAINTIFF,** | |
| v. | **NOTICE OF SETTLEMENT** |
| **CITY OF PORTLAND,** *a municipal corporation*, **CMDR. BRYAN PARMAN, OFC. DEWEY MADISON, OFC. CASEY MCLEOD,** *Portland Police Bureau Officers and Supervisors*, | |
| **DEFENDANTS.** | |

Pursuant to ORS 17.095, the City of Portland notifies the Court that this action has been settled pursuant to the terms of a Release and Hold Harmless Agreement, a copy of which is attached hereto as Exhibit 1.

Dated:  January 10, 2023

Respectfully submitted,

*[signature]*

DANIEL SIMON, OSB # 124544
Deputy City Attorney
dan.simon@portlandoregon.gov
*Of Attorneys for Defendants*

Page  1  – NOTICE OF SETTLEMENT